

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, <br> PLAINTIFF <br> v. <br> ERIK GONZALEZ MARTINEZ, <br><br> DEFENDANT(S). | CASE NUMBER <br><br> 8:22-MJ-00192-DUTY <br><br> **ORDER OF TEMPORARY DETENTION PENDING HEARING PURSUANT TO BAIL REFORM ACT** |
|---|---|

Upon motion of <u>Defendant</u>, IT IS ORDERED that a detention hearing is set for <u>June 7</u>, <u>2022</u>, at <u>2:00</u>  ☐ a.m. / ☒ p.m. before the Honorable <u>Karen E. Scott</u>, in Courtroom <u>6A</u>.

Pending this hearing, the defendant shall be held in custody by the United States Marshal or _____ and produced for the hearing.
*(Other custodial officer)*

Dated: 6/1/2022

U.S. District Judge/Magistrate Judge

**KAREN E. SCOTT**